DANIEL J. BRODERICK, #89424
Federal Defender
ANN H. VORIS, Bar #100433
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
WENDELL JUSTICE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,                )   NO. 1:11-cr-0198 AWI
                                         )
             Plaintiff,                  )   ORDER FOR EARLY TERMINATION OF
                                         )   SUPERVISED RELEASE
     v.                                  )
                                         )
WENDELL JUSTICE,                         )
                                         )
             Defendant.                  )
_____)

**ORDER**

After hearing, there having been no objection by the U.S. Probation Officer or the Assistant U.S. Attorney, this court agrees that there is no need for continued supervision. This Court hereby grants Mr. Justice's petition for early termination of supervised release.


IT IS SO ORDERED.

Dated:   September 6, 2011                       _____
                                                 CHIEF UNITED STATES DISTRICT JUDGE